IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK IANELLI | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| v. | : | 19-cv-04964-RAL |
| | : | |
| SERGEANT MICHAEL HARVEY et al | : | |
| Defendants. | : | |

### ORDER

After review of the Defendant's Motions *in Limine* (Docs. No. 54, 55) and Plaintiff's Response Motions (Docs. No. 58, 59), and for the reasons explained in the Memorandum Opinion accompanying this Order, it is on this 17th day of April, 2023,

### ORDERED

as follows:

1. Defendant Michael Harvey's Motion *in Limine* to Preclude Evidence of Misconduct or Discipline, Doc. No. 54, is **GRANTED**. Questioning or evidence regarding prior alleged misconduct, off-duty or disciplinary investigations, or disciplinary history of Sergeant Michael Harvey is precluded from introduction or admission at trial.

2. Defendant Michael Harvey's Motion *in Limine* to Preclude Evidence of Lack of Criminal Charges, Doc. No. 55, is **GRANTED**. Questioning or evidence regarding the fact of or reason for declining the criminal charges against Plaintiff is precluded from introduction or admission at trial.

BY THE COURT:

*s/Richard A. Lloret*
Honorable Richard A. Lloret
U.S. Magistrate Judge