## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK IANELLI, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | No. 19-4964 |
| | : | |
| v. | : | |
| | : | |
| SERGEANT MICHAEL HARVEY, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

### Verdict Sheet

### FEDERAL CLAIMS UNDER § 1983

**1.      Liability – Excessive Force**

**1(A)**    Do you find Plaintiff Mark Ianelli proved, by a preponderance of the evidence, that Defendant Michael Harvey intentionally committed an act, under color of state law, that violated Mr. Ianelli's right to be free from excessive force?

YES  _✗_          NO _____

*Proceed to Question 2(A).*

### STATE LAW CLAIMS

**2.      Liability – Assault & Battery**

**2(A)**    Do you find Plaintiff Mark Ianelli proved, by a preponderance of the evidence, that Defendant Michael Harvey assaulted and/or battered him, as defined by Pennsylvania law?

YES  _✗_          NO _____

*If you answered "No," please skip to Section 3.  If you answered "Yes," please proceed to Question 2(B).*

1

**2(B)**   Do you find Plaintiff Mark Ianelli proved, by a preponderance of the evidence, that Defendant Michael Harvey's actions as outlined in Question 2(A) constituted "willful misconduct"?

YES _____        NO __X__

*Proceed to Section 3.*

## DAMAGES

**3.**   **Compensatory Damages**

***Only** answer the questions in Sections 3 & 4 if you have answered "YES" in response to any of the following questions (as outlined above): 1(A) or 2(B).*

*If you did not answer "YES" Questions 1(A) or 2(B), your deliberations are over. Please sign and date the verdict sheet and notify the Court.*

**3(A)** What amount of compensatory damages, if any, do you award Plaintiff Mark Ianelli to compensate him for the injuries he sustained as a result of the Defendant's conduct described above?

$ ___5,000___

*Proceed to Section 4.*

**4.**   **Punitive Damages**

**4(A)**   Do you find that Defendant Michael Harvey acted maliciously or wantonly in violating Plaintiff's rights?

YES _____        NO __X__

*If you answered "No," skip Question 4(B); your deliberations are over skip. If you answered "Yes," please proceed to Question 4(B).*

**4(B)**   If you answered "Yes" to Question 4(A), you are permitted (but not required) to award punitive damages. State the amount of punitive damages, if any, that you award to the Plaintiff.

$ ___N/A___

**Your deliberations are over. Please sign and date the verdict sheet and notify the Court.**

Date: _4 / 20_

BY: _____

Foreperson