

| | HOME | | SERVICES | |
|---|---|---|---|---|
| | SPECIAL PROJECTS | | | HIDE MY VISIT | DONATE |
| | NEWS & ISSUES | | | | |
| | ABOUT | | | | |

| | NEWS & ISSUES | | ABOUT | |

# ATTORNEY FEES                                                                 Home  /  About CLS  /  Attorney Fees

### EXPLANATORY NOTICE TO THE PUBLIC

CLS never charges attorney's fees to its clients, although in some cases clients are asked to pay for court filing fees or other out of pocket expenses.

The attached chart lists the fee schedule used by CLS only in cases in which the law allows for the award of attorney's fees from opposing parties in order to compensate CLS for the legal services provided to its clients.

RANGE OF HOURLY RATES*, Effective January 19, 2023

| Attorneys post-law school experience under 2 years | $235-260 |
|---|---|
| Attorneys 2-5 year's experience | $265-315 |
| Attorneys 6-10 year's experience | $320-415 |
| Attorneys 11-15 year's experience | $420-525 |



HOME  SERVICES 

SPECIFIC PROJECTS

NEWS & ISSUES

HIDE MY VISIT

DONATE

ABOUT

| | |
|---|---|
| Paralegal 1-10 years experience | $190-240 |
| Senior and Supervisory Paralegal | $245-285 |

*These rates do not reflect any adjustment for contingency, and are based on Philadelphia law firm market survey data and increases in the Consumer Price Index.

**THESE FEES ARE NOT CHARGED TO CLS CLIENTS. SEE NOTICE ABOVE.**



 HOME |  SERVICES

SPECIAL PROJECTS

HIDE MY VISIT | DONATE

NEWS & ISSUES

 ABOUT

**Newsletter**

1410 W. Erie Avenue, Philadelphia, PA 19140 | 215-227-2400

UTILITIES

Your Medical Assistance in 2023!

FAMILY

SUBMIT EMAIL

Landlord Tenant Help Center

CRIMINAL RECORDS

March 23, 2023

1339 Chestnut St. 6th Floor Philadelphia, PA 19103

GET HELP: SENIORS

How To Participate in The 2023 Philadelphia Water Rate Case

March 9, 2023

 

 © Community Legal Services of Philadelphia - 2019. | Website designed by **TwoG Marketing**

Annual Reports Board of Directors Leadership Council