IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK IANELLI, | : |
| Plaintiff, | : CIVIL ACTION<br>: No. 19-4964 |
| v. | : |
| SERGEANT MICHAEL HARVEY, et al., | : |
| Defendants | : |

## SATISFACTION OF JUDGMENT

**WHEREAS**, a judgment was entered in the above action on the 25th day of September, 2023, in favor of Plaintiff Mark Ianelli and against Defendant Michael Harvey. Said judgment has been fully paid.

**THEREFORE**, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Date: February 6, 2024

Respectfully Submitted,

Ryan Anderson, Esquire